IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACK SMITHSON, | ) |
| | ) |
| | ) CIVIL ACTION NO: |
| Plaintiff, | ) 2:09-CV-609 |
| | ) |
| VS. | ) |
| | ) |
| OXFORD MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, by and through her attorney of record, and notifies the Court that a settlement has been reached between the Plaintiff and Defendant.

A Notice of Dismissal should be filed within the next 30 days.

/s/ W. Whitney Seals

W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd DAY OF June, 2009, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

NONE.

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

Oxford Management Services, Inc.
C/O Charles Harris
135 Maxess Road, Suite 2a
Melville, NY 11747

/s/W. Whitney Seals
OF COUNSEL